UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15-cv-81022-ROSENBERG/BRANNON

PATRICIA KENNEDY,

    Plaintiff,

v.

NENA MESA 10TH, LLC; TACOS AL CARBON
OF GREENACRES, INC., JRG FOOD, INC. and
THE YANKEE CLIPPER HAIR SALON, INC.,

    Defendants.
_____/

## ORDER STAYING CASE AND DIRECTING THE CLERK
## OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES

This cause is before the Court *sua sponte*. The Court has been informed that all parties have reached a settlement agreement. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. All pending deadlines are **TERMINATED**.

3. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

5. All pending motions are **DENIED AS MOOT**.

6. The Pre-Trial Status Conference Hearing set for tomorrow, January 20, 2016 at 9:30 AM in the Fort Pierce Division [DE 39] is **CANCELLED**.

7. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 19th day of January, 2016.

                                                  ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record