UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-81022-ROSENBERG/BRANNON

PATRICIA KENNEDY,

    Plaintiff,

v.

NENA MESA 10TH, LLC, TACOS AL CARBON
OF GREENACRES, INC., JRG FOOD, INC., and
THE YANKEE CLIPPER HAIR SALON, INC.,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS
TACOS AL CARBON OF GREENACRES, INC. AND JRG FOOD, INC.**

**THIS CAUSE** comes before the Court on the parties' Stipulation for Dismsisal with Prejudice as to Defendants Tacos al Carbon of Greenacres, Inc. and JRG Food Inc. Only [DE 43], and the Court having reviewed the pleadings and papers filed in this cause, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to Defendants, TACOS AS CARBON OF GRENACRES, INC. and JRG FOOD, INC. d/b/a GREENACRES DISCOUNT FOOD only.

2. The Court retains jurisdiction to enforce the settlement agreement.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 29th day of February, 2016.

                                                ROBIN L. ROSENBERG

Copies furnished to:
Counsel of record                      UNITED STATES DISTRICT JUDGE